UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAM NGUYEN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BDO SEIDMAN, LLP, a Limited Liability Partnership; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Case No. SACV07-1352 JVS (MLGx)<br><br>**ORDER GRANTING STAY AND CONTINUANCE OF TRIAL DEADLINES** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

　　This matter be stayed until the earlier of ninety days or the date the Ninth Circuit issues its order regarding Plaintiff's Petition for Interlocutory Review of this Court's decision denying class certification;

IT IS SO ORDERED.

Dated: September 16, 2009

_____
Hon. James V. Selna
United States District Judge