JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 07-1352-JVS(MLGx) | Date September 17, 2009 |
| Title Nam Nguyen v. BDO Seidman, LLP | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Presnet | Not Present |

**Proceedings:    (In Chambers)    ORDER REMOVING ACTION FROM ACTIVE CASELOAD AND DIRECTING THE PARTIES TO FILE STATUS REPORTS**

This Court, having granted, on September 16, 2009, the parties application to stay this action pending the Interlocutory review of the Court's decision denying class certification, hereby removes the action from the active caseload pending the appeal to be reinstated upon application of the parties.

In order to permit the Court to monitor this action, the Court hereby orders counsel to file a joint status report not later than December 17, 2009. Successive reports shall be filed every ninety (90) days thereafter. Each report must indicate the date on which the next report is due.

                                                                        :    00

Initials of Preparer    kjt